FILED

NOV 1 8 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   **4:20CR00737 MTS/SRW** |
| DERRICK PHILLIPS, | ) ) ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Anthony Franks, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with Felon in Possession of a Firearm in violation of Title 18 United States Code Section 922(g).

2. Pursuant to Title 18, United States Code, Section 3142(g), the Government states that the weight of the evidence against defendant in this case is strong. Here, multiple police officers reported to the scene of the incident in this matter and found defendant in his car, apparently sleeping, and witnessed him get out of the car and drop a firearm.

3. Defendant also possess a significant danger to the community. He has several convictions and jail and prison stints over the past 20 years ranging from first-degree

robbery, domestic assault, possession of a controlled substance, and illegal possession of a firearm that demonstrate that he has not been deterred to engage in criminal conduct, and that his continued criminal activity could endanger others.

4. Defendant also possess a risk of non-appearance because of the potential for a long prison sentence if he is convicted of the instant offense.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s Anthony Franks*
ANTHONY FRANKS #50217MO
ASSISTANT UNITED STATES ATTORNEY